IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CR84 |
| | ) | |
| v. | ) | |
| | ) | |
| ALLEN W. JENSEN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on plaintiff's motion to set hearing on plaintiff's request for departure (Filing No. 74). Accordingly,

IT IS ORDERED that a hearing on plaintiff's Rule 35 motion (Filing No. 73) is scheduled for:

**Wednesday, March 31, 2010, at 2:30 p.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. Defendant need not be present.

DATED this 18th day of March, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court